IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Bonnie M. Sedberry and John C. Sedberry, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiffs, ) | NO. 0:09-CV-0053-CMC |
| ) | |
| v. ) | **DEFENDANTS' IDENTIFICATION OF** |
| ) | **EXPERT WITNESSES** |
| DonB Aircraft International, Inc. and ) | |
| Donald R. Bennett, ) | |
| ) | |
| Defendants. ) | |

In accordance with Fed. R. Civ. P. 26(a)(2) and the Court's Consent Amended Scheduling Order, dated June 2, 2009, Defendants DonB Aircraft International, Inc. and Donald R. Bennett (collectively referenced as "Defendants") identify the following expert witnesses:

1. Charles R. Manning, Jr., Ph.D.
   Accident Reconstruction Analysis, Inc.
   5801 Lease Lane
   Raleigh, NC 27617
   (919) 787-9675

Dr. Manning is an engineer who performed materials testing on engine parts from the aircraft that is the subject of this litigation. His opinions are summarized in a report dated July 8, 2009. Defendants certify that they have complied with Fed. R. Civ. P. 26(a)(2) and served upon counsel of record a copy Dr. Manning's report, along with all other information required to be disclosed under Fed. R. Civ. P. 26(a)(2)(B).

2. Dwight D. Law
   Aerosafe, Inc.
   20 North Street
   Dublin, OH 43017
   (614) 889-7491

Mr. Law is a certified Airframe and Powerplant Mechanic. His opinions are summarized in a report dated July 8, 2009. Defendants certify that they have complied with Fed. R. Civ. P.

26(a)(2) and served upon counsel of record a copy Mr. Law's report, along with all other information required to be disclosed under Fed. R. Civ. P. 26(a)(2)(B).

3. Defendants may call any of the expert witnesses or treating physicians or other medical providers identified by Plaintiffs in this case.

July 8, 2009  By: ___*/s/ C. Daniel Atkinson*___
Michael B.T. Wilkes, Fed. ID # 4658
mwilkes@wilkesbowers.com
C. Daniel Atkinson, Fed. ID # 9626
datkinson@wilkesbowers.com

WILKES BOWERS, P.A.
127 Dunbar Street, Suite 200
Spartanburg, South Carolina 29306
Telephone: 864-591-2355
Facsimile: 864-591-1767

Attorneys for Defendants