# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Bobbie M. Sedberry and John C. Sedberry, | ) | C/A No: 0:09-53-CMC |
| | ) | |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| DonB Aircraft International, Inc. and | ) | |
| Donald R. Bennett, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within sixty (60) days, either party may petition the Court to reopen the action if settlement is not consummated.

    s/Cameron McGowan Currie
    CAMERON McGOWAN CURRIE
    UNITED STATES DISTRICT JUDGE

April 16, 2010
Columbia, South Carolina